UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES NEWBURRY,

        Plaintiff,                             Case No. 1:08-CV-686

v.                                             Hon. Robert J. Jonker

PUBLISH AMERICA, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 12, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 12, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss or to Compel Arbitration (docket #16) is **GRANTED**. This action is **DISMISSED**.

                                                /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

DATED: June 4, 2009.